# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DEBBIE CONSIDINA SMITH,

     Plaintiff,

v.                                     Case No. 3:24cv48-MCR-HTC

NORTHWEST FLORIDA AREA
AGENCY ON AGING, et al.,

     Defendants.

_____/

## O R D E R

The magistrate judge issued a Report and Recommendation on June 25, 2024 (ECF No. 15).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant's supplemental motion to dismiss, Doc. 12, is GRANTED.

3.     This case is DISMISSED WITH PREJUDICE.

4.     The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of September 2024.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**